# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| THE GOODYEAR TIRE & RUBBER COMPANY, | ) ) ) | CASE NO. 5:13-cv-00204 |
| Plaintiff, | ) ) | |
| vs. | ) ) | JUDGE BENITA Y. PEARSON |
| TRAVELERS CASUALTY AND, SURETY COMPANY, (f/k/a AETNA CASUALTY AND SURETY COMPANY, *et al.*, | ) ) ) ) ) | MAGISTRATE JUDGE GEORGE J. LIMBERT |
| Defendants. | ) | |

**PLAINTIFF THE GOODYEAR TIRE & RUBBER COMPANY'S
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff The Goodyear Tire & Rubber Company, pursuant to Rule 41(A)(1) of the Federal Rules of Civil Procedure, hereby dismisses ***without prejudice*** its complaint against Defendants Travelers Casualty and Surety Company (f/k/a Aetna Casualty and Surety Company) and Travelers Indemnity Company in the above-captioned matter.

Respectfully submitted,

BROUSE McDOWELL

/s/ Amanda M. Leffler
Paul A. Rose (0018185)
Amanda M. Leffler (0075467)
Kerri L. Keller (0075075)
388 South Main Street
Akron, Ohio 44311-4407
Tel.: (330) 535-5711

| | |
|---|---|
| Of Counsel: | Fax: (330) 535-5711<br>prose@brouse.com<br>aleffler@brouse.com |
| Anna P. Engh<br>Sarah M. Hall<br>Covington & Bruling LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 2004-2401<br>Tel: (202) 662-5221<br>aengh@cov.com<br>shall@cov.com | kkeller@brouse.com<br><br>Keven Drummond Eiber (0043746)<br>600 Superior Avenue East<br>Suite 1600<br>Cleveland, Ohio 44114<br>(216) 830-6830<br>(216) 830-6807 (fax)<br>keiber@brouse.com |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically. Notice of the filing will be sent to all parties by operation of the Court's electronic filing system on this 19th day of February, 2013. Parties may access this filing through the Court's system. In addition, a copy of the foregoing was sent via regular, U.S. Mail to:

Travelers Casualty and Surety Company
One Tower Square
Hartford, CT 06183

    and

Travelers Indemnity Company
One Tower Square
Hartford, CT 06183

    and

CSC-Lawyers Incorporating Service
50 W. Broad Street, Suite 1800
Columbus, Ohio 43215

                                      /s/ Amanda M. Leffler
                                      Amanda M. Leffler (0075467)

                                      Counsel for Defendant
                                      The Goodyear Tire & Rubber Company

854131